

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00219-CV

| | | |
|---|---|---|
| EL DURANGUENSE FORT WORTH INC. D/B/A EL DURANGUENSE, Appellant | § | On Appeal from the 352nd District Court |
| V. | § | of Tarrant County (352-307859-19) |
| | § | March 26, 2020 |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that El Duranguense Fort Worth Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
Justice Dabney Bassel